**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 22-cv-02206-RM-SP

CENTURYLINK OF FLORIDA, INC. d/b/a CenturyLink, et al.,

     Plaintiffs and Counterclaim Defendants,

v.

AT&T CORP., et al.,

     Defendants and Counterclaim Plaintiffs.

---

**ORDER**

---

Before the Court is the Recommendation of United States Magistrate Judge Susan Prose (ECF No. 85) to deny without prejudice Defendants' Motion to Transfer (ECF No. 34) in light of the parties' Notice of Settlement (ECF No. 82).  The Recommendation advised that specific written objections were due within fourteen days after being served a copy of the Recommendation, and none has been filed.  *See Summers v. Utah*, 927 F.3d 1165, 1167 (10th Cir. 1991) ("In the absence of a timely objection, the district court may review a magistrate judge's report under any standard it deems appropriate.").

Accordingly, the Court ACCEPTS and ADOPTS the Recommendation (ECF No. 85), and the Motion to Transfer (ECF No. 34) is DENIED WITHOUT PREJUDICE.

DATED this 9th day of June, 2023.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge